## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| V | ) CASE NO.: 25-cv-06639 |
| | ) |
| GCMS LODGING PARTNERS, LLC | ) |
| d/b/a MAINSTAY SUITES, | ) Honorable Judge Sharon Johnson Coleman |
| | ) |
|     Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") and GCMS LODGING PARTNERS, LLC d/b/a MAINSTAY SUITES ("Defendant") (collectively, "Parties") hereby give notice that they have settled the claims in this case and are in the process of exchanging the final agreement for execution. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within Fourteen days (14) days as soon as the formal settlement agreement is executed by all parties.

The Parties respectfully request that the Court enter an order striking all upcoming deadlines, including Defendant's response to the Complaint due September 29, 2025; the Joint Status Report Due October 2, 2025; and the Status Hearing set for October 7, 2025, and allow the Parties until October 17, 2025, to file the Stipulation of Voluntary Dismissal.

Respectfully submitted,

Counsel for Plaintiff:                                          Counsel for Defendant:

/s/ *Marshall J. Burt (with consent)*                          /s/ *Erica J. Bury*

Marshall J. Burt                                               Erica J. Bury
The Burt Law Group, Ltd.                                       Joseph J. Lynett
1338 S. Federal St. #L                                         JACKSON LEWIS P.C.
Chicago, IL 60605                                              150 N. Michigan Avenue, Suite 2500
312.854.3833                                                   Chicago, Illinois 60601

1

marshall@mjburtlaw.com       Erica.Bury@jacksonlewis.com
IARDC # 6198381           Joseph.Lynett@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

*/s/ Erica J. Bury*
Erica J. Bury